**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEAGAN BRIGGS, | Case No.:  2:26-cv-00399-DJC-JDP |
|     Plaintiff, | |
|     v. | **RECUSAL ORDER** |
| THE SCOULAR COMPANY BENEFITS PLAN, ET AL., | |
|     Defendant. | |

Upon examination of the above-captioned case, and in the interest of justice, District Judge Daniel J. Calabretta disqualifies himself from these proceedings pursuant to 28 U.S. Code § 455(a).  Further, good cause appearing, the undersigned recuses himself as the presiding judge for the above-captioned case.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court reassign this case to another District Judge for all further proceedings;

2. All deadlines and pending dates previously set before Judge Calabretta be VACATED and RESET before the District Judge reassigned to this case;

///

1

3.  The Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  February 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE JOHN A. CALABRETTA
UNITED STATES DISTRICT JUDGE

2